UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:21-CR-00083-P (01) |
| | § | |
| ZACKEY RAHIMI | § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant ZACKEY RAHIMI, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY:  *s/ Rachel M. Taft*
RACHEL M. TAFT
Asst. Federal Public Defender
TX State Bar No.  24097171
819 Taylor Street, Room 9A10
Fort Worth, TX  76102
(817) 978-2753
(817) 978-2757 FAX
Rachel_Taft@fd.org

## CERTIFICATE OF SERVICE

I, Rachel M. Taft, hereby certify that on this the 5th day of October 2021, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the Assistant United States Attorney, Frank Gatto.

*s/ Rachel M. Taft*
RACHEL M. TAFT