FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF TEXAS
1205 TEXAS AVENUE, SUITE 507
LUBBOCK, TX 79401
(806) 472-7236

January 18, 2022

Clerk of Court
United States Court of Appeals
For the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   United States v. Zackey Rahimi,  No. 21-11001

Dear Clerk:

On behalf of Zackey Rahimi, I respectfully request an unopposed first extension of 15 days in which to file the Initial Brief in this case, currently due Tuesday, January 18, 2022. I have four briefing deadlines this same day, in United States v. Cadena (21-10873), United States v. Camargo-Garcia (21-10952), United States v. Rahimi (21-11001), and United States v. Washington (21-10846). I conferenced with AUSA Leigha Simonton and the government is unopposed to my request.


Sincerely,

*/s/ Brandon Beck*
Brandon Beck
Assistant Federal Public Defender