# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Appellee,* | § | |
| | § | **NO.  21-11001** |
| **v.** | § | |
| | § | |
| **ZACKEY RAHIMI,** | § | |
| *Appellant,* | § | |

## APPELLANT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE INITIAL BRIEF

On behalf of Zackey Rahimi, I respectfully request an unopposed third extension of 15 days in which to file the Initial Brief in this case, currently due Thursday, February 17, 2022. I filed a brief earlier this week, in United States v. Ashford (21-10811), and I have three briefing deadlines next week, in United States v. Aguilar (21-11013), United States v. Coburn (21-11242), and United States v. Seabourne (21-11043). This case has also proved unusually complex, requiring extensive legal research and conversations with trial counsel. I conferenced with AUSA Leigha Simonton and the government is unopposed to my request.

Respectfully submitted this the 17th day of February, 2022.

*/s/ Brandon E. Beck*
**BRANDON E. BECK**
Assistant Federal Public Defender
Northern District of Texas
1205 Texas Avenue, Room 507
Lubbock, TX  79401
(806) 472-7236 / (806) 472-7241 Fax
Brandon_Beck@fd.org

## **CERTIFICATE OF SERVICE**

I certify that on this the 17th day of February, 2022, the motion was served via ECF and by separate email to counsel for the Respondent, Assistant United States Attorney Leigha Simonton at leigha_simonton@usdoj.gov.   I further certify that: 1) all privacy redactions have been made pursuant to 5th Cir. Rule 25.2.13; 2) the electronic submission is an exact copy of the paper document pursuant to 5th Cir. Rule 25.2.1; and 3) the document has been scanned for viruses with the most recent version of Norton Anti-virus and is free of viruses.

*/s/ Brandon E. Beck*
BRANDON E. BECK
Assistant Federal Public Defender

### **Certificate of Compliance**

Pursuant to Rule 32(a)(7) of the Federal Rules of Appellate Procedure, the undersigned certifies this motion complies with the type-volume limitations announced in Rule 27(d)(2) of the Federal Rules of Appellate Procedure.

1.  Exclusive of the exempted portions announced in Rule 32(a)(7)(B)(ii) of the Federal Rules of Appellate Procedure and 5th Circuit Rule 32.2, the undersigned certifies that the Motion contains 108 words in proportionately spaced typeface.

2.  The motion has been prepared in proportionately spaced typeface using Garamond 14 pt.

3.  The undersigned understand a material misrepresentation in completing the certificate, or circumvention of the type-volume limits states in Rule 32(a)(7) of the Federal Rules of Appellate Procedure, may result in the Court striking the brief and imposing sanctions against the person signing the motion.

*/s/ Brandon E. Beck*
Brandon E. Beck
Asst. Federal Public Defender