# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 18, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 21-11001    USA v. Rahimi
                        USDC No. 4:21-CR-83-1


The court has denied the motion to extend time to file appellant's brief in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Roeshawn Johnson, Deputy Clerk
                    504-310-7998

Mr. Brandon Elliott Beck
Ms. Karen S. Mitchell
Ms. Leigha Amy Simonton
Ms. Rachel Maureen Taft