UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff-Appellee, § <br> § <br> § <br> v. § <br> § <br> ZACKEY RAHIMI, § <br> Defendant-Appellant § <br> § | No. 21-11001 <br> Criminal Appeal |

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE INITIAL BRIEF AND RECORD EXCERPTS OUT-OF-TIME**

Appellant Zackey Rahimi, by and through appointed counsel, Assistant Federal Defender Brandon Beck, respectfully asks this Court for leave to file the enclosed Initial Brief and Record Excerpts in this case. The Government does not oppose this request.

1. The initial brief was due on February 17, 2022.

2. My extension request, filed on February 17, 2022, was denied. I had requested additional time due to the complexity of this case and recent or upcoming deadlines. When the request was denied, I adjusted my list of priorities and completed this brief as quickly as possible. I am now filing this brief at the earliest possible time.

3. I conferred with AUSA Leigha Simonton about this request. She stated that the Government is unopposed.

FOR THESE REASONS, I ask the Court to grant this motion and file the enclosed Initial Brief.

Respectfully submitted on February 20, 2022.

/s/ Brandon Beck
Brandon Beck

Assistant Federal Public Defender
Northern District of Texas
1205 Texas Ave. #507
Lubbock, Texas 79401
(806) 472-7236
Brandon_beck@fd.org

## CERTIFICATE OF SERVICE

I certify that on February 20, 2022, the motion was served via ECF to counsel for the Respondent, Assistant United States Attorney Leigha Simonton. I further certify that: 1) all privacy redactions have been made pursuant to 5th Cir. Rule 25.2.13; 2) the electronic submission is an exact copy of the paper document pursuant to 5th Cir. Rule 25.2.1; and 3) the document has been scanned for viruses with the most recent version of Norton Anti-virus and is free of viruses. I will also mail a copy to Appellant at the following address:

>Zackey Rahimi
>Reg # 40471-509
>CID # 0897779
>Tarrant County Jail
>100 N. Lamar
>Fort Worth, TX  76196

>/s/ Brandon Beck
>Assistant Federal Public Defender

## Certificate of Compliance

Pursuant to Rule 32(a)(7) of the Federal Rules of Appellate Procedure, the undersigned certifies this brief complies with the type-volume limitations announced in Rule 32(a)(7)(B)(i) of the Federal Rules of Appellate Procedure.

1. Exclusive of the exempted portions announced in Rule 32(a)(7)(B)(ii) of the Federal Rules of Appellate Procedure and 5th Circuit Rule 32.2, the undersigned certifies that the Motion contains 471 words in proportionately spaced typeface.

2. The brief has been prepared in proportionately spaced typeface using Word, Goudy Old Style 14 pt.

3. The undersigned understand a material misrepresentation in completing the certificate, or circumvention of the type-volume limits states in Rule 32(a)(7) of the Federal Rules of Appellate Procedure, may result in the Court striking the brief and imposing sanctions against the person signing the brief.

<u>/s/ Brandon Beck</u>
Brandon Beck