No. 21-11001

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ZACKEY RAHIMI,

*Defendant-Appellant.*

---

*On Direct Appeal from the United States District
Court for the Northern District of Texas
Fort Worth Division*

---

## RECORD EXCERPTS
Criminal Appeal

---

JASON D. HAWKINS
Federal Public Defender

BRANDON BECK
Assistant Federal Public Defender
1205 Texas Ave. #507
Lubbock, Texas 79424
(806) 472-7236
(806) 472-7241 (fax)
brandon_beck@fd.org
Bar No. 24082671

Counsel for Appellant

# **TABLE OF CONTENTS**

| DOCUMENT | CITATION TO THE RECORD<br>(Volume:page) | TAB |
|---|---|---|
| DOCKET SHEET | ROA.1-7 | 1 |
| NOTICE OF APPEAL | ROA.100 | 2 |
| INDICTMENT | ROA.19-22 | 3 |
| JUDGMENT IMPOSING SENTENCE | ROA.95-99 | 4 |
| CERTIFICATE OF SERVICE | -- | 5 |

# TAB 1

APPEAL,CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:21-cr-00083-P-1

Case title: USA v. Rahimi
Magistrate judge case number:  4:21-mj-00041-BJ

Date Filed: 04/14/2021
Date Terminated: 09/27/2021

Assigned to: Judge Mark Pittman

Appeals court case number:
21-11001 U.S. Court of Appeals 5th
Circuit

## Defendant (1)

| | | |
|---|---|---|
| **Zackey Rahimi**<br>*TERMINATED: 09/27/2021*<br>*also known as*<br>Zachey Rahimi<br>*TERMINATED: 09/27/2021* | represented by | **Brandon Elliott Beck-FPD**<br>Federal Public Defender<br>1205 Texas Avenue<br>Suite 506<br>Lubbock, TX 79401<br>806-472-7236<br>Fax: 806-472-7241<br>Email: brandon_beck@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Michael A Lehmann-FPD**<br>Federal Public Defender<br>819 Taylor Street<br>Room 9A10<br>Fort Worth, TX 76102<br>817-978-2753<br>Fax: 817-978-2757<br>Email: michael_lehmann@fd.org<br>*TERMINATED: 04/20/2021*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Rachel Maureen Taft-FPD**<br>Assistant Federal Public Defender<br>819 Taylor St.<br>Room 9A10<br>Fort Worth, TX 76102<br>817-978-2753<br>Fax: 817-978-2757 |

Email: rachel_taft@fd.org
*TERMINATED: 10/07/2021*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

**Pending Counts**                                      **Disposition**

18 U.S.C. §§ 922(g)(8) and 924(a)(2) Firearm Possession While Under Domestic Violence Restraining Order
(1)

Pursuant to the Sentencing Reform Act of 1984, as amended, it is the judgment of the Court that the defendant, Zackey Rahimi, in 4:21-CR-83-P, is hereby committed to the custody of the Federal Bureau of Prisons for a period of SEVENTY-THREE (73) months. This sentence shall run consecutively to any future sentence which may be imposed in Case Nos. 1635415, 1635418, 1635420 and 1654868 out of Tarrant County, Texas, Criminal Court No. 5; and Case Nos. 1657182D and 1678799D out of Criminal District Court No. 3 of Tarrant County, Texas. This sentence shall run concurrently with any future sentence which may be imposed in Case Nos. 1672225 and 1671482 out of Tarrant County, Texas Criminal Court No. 5; and Case Nos. 1672223D, 1676245D and 1671143D out of Criminal District Court No. 3 of Tarrant County, Texas. The Court did not order a fine because the defendant does not have the financial resources or future earning capacity to pay a fine. It is further ordered that the defendant pay a special assessment of $100. Supervised Release is Ordered for a term of THREE (3) years. Pursuant to 18 U.S.C. 924(d) and 28 U.S.C. 2461(c), it is hereby ordered that defendants interest in the following property is condemned and forfeited to the United States: a Glock, Model 21 Gen 4, .45-caliber pistol, bearing Serial No. YBX386, and a Century Arms, Model C308 Sporter, .308-caliber rifle, bearing Serial No. C308E32588. The Court recommends to the BOP that the defendant be incarcerated at FCI Seagoville, or FCI Pollock, if possible. The Defendant is remanded to the custody of the US Marshal.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

18:922(g)(8) and 924(a)(2)
Unlawful firearm possession by a
person under domestic violation
protective order

---

**Plaintiff**

**USA**                              represented by   **Frank L Gatto-DOJ**
                                                      US Attorney's Office
                                                      801 Cherry Street
                                                      Suite 1700
                                                      Fort Worth, TX 76102
                                                      817/252-5213
                                                      Fax: 817/252-5455
                                                      Email: frank.gatto@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: US Attorney's Office*
                                                      *Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2021 | 1 (p.8) | SEALED COMPLAINT (Clerk note: This case is to remain sealed until the defendant has been arrested/appeared.) as to Zackey Rahimi sealed (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (jah) [4:21-mj-00041-BJ] (Entered: 01/29/2021) |
| 04/14/2021 | 3 (p.19) | INDICTMENT with Forfeiture Notice as to Zackey Rahimi (1) count 1. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (pef) (Entered: 04/15/2021) |
| 04/15/2021 | 6 | (Document Restricted) APPLICATION FOR WRIT OF HABEAS CORPUS, ORDER, AND WRIT ISSUED as to Zackey Rahimi. Person subject to writ must appear. Issued Writ of Habeas Corpus Ad Prosequendum. Document access limited to the USA and the applicable defendant. (CRD to deliver cert. copies to FTW USM) (Ordered by Judge Mark Pittman on 4/15/2021) (pef) (Entered: 04/15/2021) |
| 04/19/2021 | 7 (p.23) | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance as to Zackey Rahimi held on 4/19/2021. Date of Arrest: 4/19/2021 (Appeared on writ). Location interval set to: LC. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Rule 5(f) Admonishment given; deft waives det. hrg. Attorney Appearances: AUSA - Shawn Smith for Frank Gatto; Defense - Michael Lehmann. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Kirksey.) (pef) (Entered: |

| | | |
|---|---|---|
| | | 04/19/2021) |
| 04/19/2021 | 8 | (Document Restricted) CJA 23 Financial Affidavit by Zackey Rahimi. (pef) (Entered: 04/19/2021) |
| 04/19/2021 | 9 (p.24) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Zackey Rahimi. (Ordered by Magistrate Judge Jeffrey L. Cureton on 4/19/2021) (pef) (Entered: 04/19/2021) |
| 04/19/2021 | 10 (p.25) | ORDER PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 5(f) as to Zackey Rahimi: <br><br> This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present. <br><br> By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 4/19/2021) (pef) (Entered: 04/19/2021) |
| 04/19/2021 | 11 (p.26) | Motion for Pretrial Detention filed by USA as to Zackey Rahimi. (pef) (Entered: 04/19/2021) |
| 04/19/2021 | 12 (p.27) | ORDER OF DETENTION PENDING TRIAL as to Zackey Rahimi. (Ordered by Magistrate Judge Jeffrey L. Cureton on 4/19/2021) (pef) (Entered: 04/19/2021) |
| 04/19/2021 | 13 (p.28) | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Arraignment as to Zackey Rahimi (1) Count 1 held on 4/19/2021. Plea entered by Zackey Rahimi: Not Guilty on count 1. Location interval set to: LC. Attorney Appearances: AUSA - Shawn Smith for Frank Gatto; Defense - Michael Lehmann. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (Interpreter N/A.) (USPO N/A.) (pef) (Entered: 04/19/2021) |
| 04/20/2021 | 14 (p.29) | NOTICE OF ATTORNEY APPEARANCE by Rachel Maureen Taft-FPD (Clerk to Set Designation as: Federal Public Defender Appointment) appearing for Zackey Rahimi (Filer confirms contact info in ECF is current.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Taft-FPD, Rachel) (Entered: 04/20/2021) |
| 04/20/2021 | 15 (p.30) | SCHEDULING ORDER FOR CRIMINAL TRIAL AND PRETRIAL ORDER as to Zackey Rahimi: This case is set for jury trial at 9:00 am on Tuesday, June 1, 2021 in Fort Worth, Texas, 4th Floor Courtroom before Judge Mark Pittman. Motions due by 5/11/2021. (Ordered by Judge Mark Pittman on 4/20/2021) (pef) (Entered: 04/20/2021) |
| 04/21/2021 | 16 (p.40) | Arrest Warrant Returned Executed on 4/19/2021 as to Zackey Rahimi. (mmw) (Entered: 04/21/2021) |
| 05/07/2021 | | |

| | | |
|---|---|---|
| | **17** (p.41) | MOTION to Dismiss *Indictment* filed by Zackey Rahimi (Taft-FPD, Rachel) (Entered: 05/07/2021) |
| 05/11/2021 | **18** (p.61) | Designation of Experts by USA (Gatto-DOJ, Frank) (Entered: 05/11/2021) |
| 05/11/2021 | **19** (p.63) | RESPONSE by USA as to Zackey Rahimi re: 17 (p.41) MOTION to Dismiss *Indictment* (Gatto-DOJ, Frank) (Entered: 05/11/2021) |
| 05/21/2021 | 20 | ELECTRONIC ORDER as to Zackey Rahimi: Rearraignment set for 5/26/2021 09:30 AM in US Courthouse, Courtroom 2nd Floor, 501 W. 10th St. Fort Worth, TX 76102-3673 before Magistrate Judge Jeffrey L. Cureton. Attorneys and defendant to be present in courtroom 15 minutes prior to hearing. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/21/2021) (edm) (Entered: 05/21/2021) |
| 05/26/2021 | **21** (p.65) | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Rearraignment Hearing as to Zackey Rahimi held on 5/26/2021. Plea entered by Zackey Rahimi (1) Guilty Count 1. Location interval set to: LC. Attorney Appearances: AUSA - Shawn Smith for Frank Gatto; Defense - Rachel Taft. (No exhibits) Time in Court - :10. (Court Reporter: Monica Guzman) (Interpreter n/a.) (USPO n/a.) (tln) (Entered: 05/26/2021) |
| 05/26/2021 | **22** (p.66) | NOTICE/CONSENT REGARDING ENTRY OF A PLEA OF GUILTY as to Zackey Rahimi. (tln) (Entered: 05/26/2021) |
| 05/26/2021 | **23** (p.67) | Factual Resume as to Zackey Rahimi. (tln) (Entered: 05/26/2021) |
| 05/26/2021 | **24** (p.70) | Report and Recommendation on Guilty Plea as to Zackey Rahimi re: 22 (p.66) Consent Regarding Entry of a Plea of Guilty. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/26/2021) (tln) (Entered: 05/26/2021) |
| 05/27/2021 | **25** (p.72) | NOTICE Regarding Acceptance of Responsibility filed by USA as to Zackey Rahimi (Gatto-DOJ, Frank) (Entered: 05/27/2021) |
| 05/28/2021 | **26** (p.74) | ORDER SETTING SCHEDULE FOR SENTENCING as to Zackey Rahimi: Presentence Investigation Report due by 7/21/2021. Objections to Presentence Investigation Report due by 8/4/2021. Presentence Investigation Addendum due by 8/18/2021. Objections to Presentence Investigation Addendum due by 8/25/2021. The sentencing hearing is set for September 23, 2021 at 9:00 am in Fort Worth, Texas, 4th Floor Courtroom before Judge Mark Pittman. (Ordered by Judge Mark Pittman on 5/28/2021) (pef) (Entered: 05/28/2021) |
| 06/03/2021 | **27** (p.79) | ORDER as to Zackey Rahimi (1): The Court finds that Rahimi's 17 (p.41) Motion to Dismiss Indictment should be and is hereby DENIED. (Ordered by Judge Mark Pittman on 6/3/2021) (pef) (Entered: 06/03/2021) |
| 06/10/2021 | 28 | ELECTRONIC ORDER Accepting 24 (p.70) Report and Recommendations re: Guilty Plea as to Zackey Rahimi (1). (Ordered by Judge Mark Pittman on 6/10/2021) (chmb) (Entered: 06/10/2021) |
| 08/31/2021 | **38** (p.82) | Unopposed MOTION for Preliminary Order of Forfeiture filed by USA as to Zackey Rahimi (Gatto-DOJ, Frank) (Entered: 08/31/2021) |
| 08/31/2021 | **39** (p.86) | PRELIMINARY ORDER OF FORFEITURE as to Zackey Rahimi (1): After review of the government's unopposed 38 (p.82) Motion for a Preliminary Order of Forfeiture, the Court GRANTS it. (Ordered by Judge Mark Pittman on 8/31/2021) |

| | | |
|---|---|---|
| | | (pef) (Entered: 08/31/2021) |
| 09/20/2021 | 44 (p.89) | Defendant's Request for Adjustment for Time Served While Awaiting Sentencing as to Zackey Rahimi (Taft-FPD, Rachel) Modified event on 9/21/2021 (pef). (Entered: 09/20/2021) |
| 09/23/2021 | 45 | ELECTRONIC Minute Entry for proceedings held before Judge Mark Pittman: Sentencing held on 9/23/2021 for Zackey Rahimi (1), Count(s) 1. Pursuant to the Sentencing Reform Act of 1984, as amended, it is the judgment of the Court that the defendant, Zackey Rahimi, in 4:21-CR-83-P, is hereby committed to the custody of the Federal Bureau of Prisons for a period of SEVENTY-THREE (73) months. This sentence shall run consecutively to any future sentence which may be imposed in Case Nos. 1635415, 1635418, 1635420 and 1654868 out of Tarrant County, Texas, Criminal Court No. 5; and Case Nos. 1657182D and 1678799D out of Criminal District Court No. 3 of Tarrant County, Texas. This sentence shall run concurrently with any future sentence which may be imposed in Case Nos. 1672225 and 1671482 out of Tarrant County, Texas Criminal Court No. 5; and Case Nos. 1672223D, 1676245D and 1671143D out of Criminal District Court No. 3 of Tarrant County, Texas. The Court did not order a fine because the defendant does not have the financial resources or future earning capacity to pay a fine. It is further ordered that the defendant pay a special assessment of $100. Supervised Release is Ordered for a term of THREE (3) years. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), it is hereby ordered that defendants interest in the following property is condemned and forfeited to the United States: a Glock, Model 21 Gen 4,.45-caliber pistol, bearing Serial No. YBX386, and a Century Arms, Model C308 Sporter,.308-caliber rifle, bearing Serial No. C308E32588. The Court recommends to the BOP that the defendant be incarcerated at FCI Seagoville, or FCI Pollock, if possible. The Defendant is remanded to the custody of the US Marshal. Attorney Appearances: AUSA - Frank Gatto; Defense - Rachel Taft. (No exhibits) Time in Court - :41. (Court Reporter: Monica Guzman) (Interpreter N/A.) (chmb) (Entered: 09/23/2021) |
| 09/23/2021 | 46 (p.92) | Notice of Right to Appeal Sentence as to Zackey Rahimi. (pef) (Entered: 09/24/2021) |
| 09/23/2021 | 47 (p.93) | Order Setting Additional Terms of Supervised Release as to Zackey Rahimi. (Ordered by Judge Mark Pittman on 9/23/2021) (pef) (Entered: 09/24/2021) |
| 09/27/2021 | 48 (p.95) | JUDGMENT as to Zackey Rahimi (1), Count 1, BOP - 73 months; S/R - 3 years; no fine; MSA - $100. The Defendant is remanded to the custody of the US Marshal. (Ordered by Judge Mark Pittman on 9/27/2021) (pef) (Entered: 09/27/2021) |
| 10/05/2021 | 50 (p.100) | NOTICE OF APPEAL to the Fifth Circuit as to 48 (p.95) Judgment by Zackey Rahimi. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a Defendant proceeding pro se.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Taft-FPD, Rachel) (Entered: 10/05/2021) |
| 10/07/2021 | 51 (p.101) | Notice of Substitution of Counsel on behalf Federal Public Defender. Attorney Brandon Elliott Beck-FPD added in case as to Zackey Rahimi. (Clerk to set |

| | | |
|---|---|---|
| | | designation as: Federal Public Defender.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Beck-FPD, Brandon) (Entered: 10/07/2021) |
| 10/07/2021 | 52 (p.102) | USCA Case Number as to Zackey Rahimi 21-11001 for 50 (p.100) Notice of Appeal, filed by Zackey Rahimi. (tle) (Entered: 10/07/2021) |
| 10/13/2021 | 53 (p.106) | NOTICE of Publication filed by USA as to Zackey Rahimi (Attachments: # 1 (p.8) Exhibit(s) Advertisement Certification Report) (Gatto-DOJ, Frank) (Entered: 10/13/2021) |
| 11/29/2021 | 54 (p.111) | Notice of Filing of Official Electronic Transcript of Guilty Plea at Arraignment/Re-arraignment Proceedings as to Zackey Rahimi held on May 26, 2021 before Judge Jeffrey L. Cureton. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (60 pages) Court Reporter/Transcriber Monica Guzman, Telephone number 817-850-6681 or mguzman.csr@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 12/20/2021. Redacted Transcript Deadline set for 12/30/2021. Release of Transcript Restriction set for 2/28/2022. (mwg) (Entered: 11/29/2021) |
| 11/29/2021 | 55 (p.172) | Notice of Filing of Official Electronic Transcript of Sentencing Proceedings as to Zackey Rahimi held on September 23, 2021 before Judge Mark T. Pittman. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (32 pages) Court Reporter/Transcriber Monica Guzman, Telephone number 817-850-6681 or mguzman.csr@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 12/20/2021. Redacted Transcript Deadline set for 12/30/2021. Release of Transcript Restriction set for 2/28/2022. (mwg) (Entered: 11/29/2021) |

# TAB 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:21-CR-00083-P (01) |
| | § | |
| ZACKEY RAHIMI | § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant

ZACKEY RAHIMI, through undersigned counsel, hereby appeals to the United States Court of

Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY:   *s/ Rachel M. Taft*
RACHEL M. TAFT
Asst. Federal Public Defender
TX State Bar No.  24097171
819 Taylor Street, Room 9A10
Fort Worth, TX  76102
(817) 978-2753
(817) 978-2757 FAX
Rachel_Taft@fd.org

## CERTIFICATE OF SERVICE

I, Rachel M. Taft, hereby certify that on this the 5th day of October 2021, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the Assistant United States Attorney, Frank Gatto.

*s/ Rachel M. Taft*
RACHEL M. TAFT

# TAB 3

ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 1 4 2021

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

ZACKEY RAHIMI  (01)

No.

**4-21CR-083-P**

INDICTMENT

The Grand Jury Charges:

Count One
Firearm Possession While Under Domestic Violence Restraining Order
(Violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2))

On or about January 14, 2021, in the Fort Worth Division of the Northern District

of Texas, defendant **Zackey Rahimi**, knowing he was subject to a court order issued in

the 324th Judicial District Court of Tarrant County, Texas, on February 5, 2020, cause

number 324-675717-20, that was issued after a hearing of which he received actual

notice, and at which he had an opportunity to participate, that restrained him from

harassing, stalking, or threatening an intimate partner and a child of an intimate partner,

and restrained him from engaging in other conduct that would place an intimate partner in

reasonable fear of bodily injury to the partner and a child of the intimate partner, that by

its terms explicitly prohibited the use, attempted use, or threatened use of physical force

against such intimate partner and a child of such intimate partner that would reasonably

be expected to cause bodily injury, and that included a finding that the defendant was a

credible threat to the physical safety of the intimate partner and child of the intimate

Indictment - Page  1

21-11001.19

partner, did knowingly possess in and affecting interstate and foreign commerce, a Glock, model 21 Gen 4, .45 caliber pistol, bearing serial number YBX386, and a Century Arms, model C308 Sporter, .308 caliber rifle, bearing serial number C308E32588.

In violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2).

Indictment - Page 2

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and under

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Zackey Rahimi** shall forfeit to

the United States of America any firearm and ammunition involved in or used in the

knowing commission of the offense, including but not limited to, the following: a Glock,

model 21 Gen 4, .45 caliber pistol, bearing serial number YBX386, and a Century Arms,

model C308 Sporter, .308 caliber rifle, bearing serial number C308E32588.


A TRUE BILL


_____
FOREPERSON


PRERAK SHAH
ACTING UNITED STATES ATTORNEY


_____
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455


Indictment - Page 3



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ZACKEY RAHIMI (01)

INDICTMENT

18 U.S.C. §§ 922(g)(8) and 924(a)(2)
Firearm Possession While Under Domestic Violence Restraining Order
1 Count

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

------------------------------------------------------------------
FORT WORTH                                            FOREPERSON

Filed in open court this 14th day of April, 2021.

------------------------------------------------------------------

**Warrant to be Issued - In State Custody**
------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:    4:21-MJ-041-BJ

21-11001.22

# TAB 4

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: 4:21-CR-00083-P(01) |
| | U.S. Marshal's No.: 40471-509 |
| ZACKEY RAHIMI | Frank Gatto, Assistant U.S. Attorney |
| | Rachel Taft, Attorney for the Defendant |

On May 26, 2021 the defendant, ZACKEY RAHIMI, entered a plea of guilty as to Count One of the Indictment filed on April 14, 2021. Accordingly, the defendant is adjudged guilty of such Count, which involves the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 922(g)(8) and 924(a)(2) | Firearm Possession While Under Domestic Violence Restraining Order | 1/14/2021 | One |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission pursuant to Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $100.00 as to Count One of the Indictment filed on April 14, 2021.

The defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed September 23, 2021.

MARK T. PITTMAN
U.S. DISTRICT JUDGE

Signed September 27, 2021.

Judgment in a Criminal Case                                                     Page **2** of **5**
Defendant:  ZACKEY RAHIMI
Case Number:  4:21-CR-00083-P(1)

## IMPRISONMENT

The defendant, ZACKEY RAHIMI, is hereby committed to the custody of the Federal Bureau of Prisons (BOP) to be imprisoned for a term of **Seventy-Three (73) months** as to Count One of the Indictment filed on April 14, 2021. This sentence shall run consecutively to any future sentence which may be imposed in Case Nos. 1635415, 1635418, 1635420 and 1654868 out of Tarrant County, Texas, Criminal Court No. 5; and Case Nos. 1657182D and 1678799D out of Criminal District Court No. 3 of Tarrant County, Texas. This sentence shall run concurrently with any future sentence which may be imposed in Case Nos. 1672225 and 1671482 out of Tarrant County, Texas Criminal Court No. 5; and Case Nos. 1672223D, 1676245D and 1671143D out of Criminal District Court No. 3 of Tarrant County, Texas.

The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FCI Seagoville, or FCI Pollock, if possible.

The defendant is remanded to the custody of the United States Marshal.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **Three (3) years** as to Count One of the Indictment filed on April 14, 2021.

While on supervised release, in compliance with the standard conditions of supervision adopted by the United States Sentencing Commission, the defendant shall:

1) The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame;

2) After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed;

3) The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer;

4) The defendant shall answer truthfully the questions asked by the probation officer;

5) The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change;

6) The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items

Judgment in a Criminal Case                                                          Page **3** of **5**
Defendant:  ZACKEY RAHIMI
Case Number:  4:21-CR-00083-P(1)

prohibited by the conditions of the defendant's supervision that he or she observed in plain view;

7) The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses the defendant from doing so. If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about his or her employment (such as the position or the job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change;

8) The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer;

9) If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours;

10) The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed , or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers);

11) The defendant shall not act or make an agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court;

12) If the probation officer determines that the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant shall comply with that instruction. The probation officer may contact the person and confirm that the defendant has notified the person about the risk; and,

13) The defendant shall follow the instructions of the probation officer related to the conditions of supervision.


In addition the defendant shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

cooperate in the collection of DNA as directed by the U.S. probation officer;

Judgment in a Criminal Case                                                                 Page **4** of **5**
Defendant:  ZACKEY RAHIMI
Case Number:  4:21-CR-00083-P(1)

submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court;

pay the assessment imposed in accordance with 18 U.S.C. § 3013;

participate in outpatient mental health treatment services as directed by the probation officer until successfully discharged, which services may include prescribed medications by a licensed physician, with the defendant contributing to the costs of services rendered (copayment) at a rate of at least $25 per month; and,

participate in an outpatient program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at the rate of at least $25 per month.

### FINE/RESTITUTION

The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or future earning capacity to pay a fine or costs of incarceration.

Restitution is not ordered because there is no victim other than society at large.

### FORFEITURE

Pursuant to 18 U.S.C. §982(a)(1) and 28 U.S.C. § 2461(c), it is hereby ordered that the defendant's interest in the following property is condemned and forfeited to the United States: a Glock, Model 21 Gen 4,.45-caliber pistol, bearing Serial No. YBX386, and a Century Arms, Model C308 Sporter,.308-caliber rifle, bearing Serial No. C308E32588.

Judgment in a Criminal Case                                                                    Page **5** of **5**
Defendant:  ZACKEY RAHIMI
Case Number:  4:21-CR-00083-P(1)

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States Marshal

BY _____
Deputy Marshal

21-11001.99

# TAB 5

**Certificate of Service**

I, Brandon Beck, hereby certify that on February 2, 2022, the record excerpts was served via ECF email to counsel for the Respondent, Assistant U. S. Attorney Leigha Simonton.  I further certify that: 1) all privacy redactions have been made pursuant to 5th Cir. Rule 25.2.13; 2) the electronic submission is an exact copy of the paper document pursuant to 5th Cir. Rule 25.2.1; and 3) the document has been scanned for viruses with the most recent version of Norton Anti-virus and is free of viruses.

I certify that a paper copy of this brief was sent via first-class legal mail to Zackey Rahimi, Reg. No. 40471-509, Tarrant County Jail, Green Bay Detention Center, 5136 Northeast Pkwy., Fort Worth, TX 76106.

/s/ Brandon Beck
*Counsel for Appellant*