# No. 21-11001

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

v.

**ZACKEY RAHIMI,**

Defendant-Appellant.

On Appeal from the United States District Court for the Northern District of Texas, D. Ct. No. 4:21-cr-83 (Hon. Mark T. Pittman)

## UNOPPOSED MOTION BY APPELLEE UNITED STATES OF AMERICA FOR ADDITIONAL TIME – TO APRIL 25, 2022 – IN WHICH TO FILE ITS ANSWERING BRIEF

The United States of America, appellee in the above-captioned case, respectfully moves, with the consent of counsel for the defendant-appellant, for a 30-day extension of time, up to and including April 25, 2022 (April 23, 2022, falls on a Saturday), to file its answering brief. In support of this motion, the government, through its undersigned attorney, represents the following:

1.  In April 2021, a federal grand jury in the Northern District of Texas returned an indictment charging defendant-appellant Zackey Rahimi with possessing a firearm while subject to a domestic violence restraining order, in violation of 18 U.S.C.

1

§§ 922(g)(8) and 924(a)(2). Rahimi pleaded guilty. The district court sentenced him to 73 months of imprisonment, to be followed by three years of supervised release.

2. Rahimi now appeals, arguing first that the district court erred by ordering his sentence to run consecutively to sentences that might be imposed in connection with certain pending state criminal charges; and second that 18 U.S.C. § 922(g)(8) is unconstitutional on its face. On February 22, 2022, Rahimi filed his opening brief.

3. The government's answering brief is currently due on March 24, 2022. An additional 30 days to prepare the government's brief is necessary because responsibility for preparation of the brief was transferred to the Appellate Section of the Criminal Division, Department of Justice, and specifically to the undersigned attorney, who had no prior familiarity with this case. The undersigned attorney has begun reviewing the record and researching applicable law, but will need additional time to complete that work, finalize the brief, and have it reviewed by colleagues in the Department of Justice. Moreover, in addition to this appeal, the undersigned attorney has been responsible for drafting the government's merits brief in the United States Supreme Court in *Kemp* v. *United States*, No. 21-5726, which is due on the same day as the government's brief in this case.

This is the government's first request for an extension of time. This motion is not made for purposes of delay, but so that the undersigned attorney may prepare an adequate brief in this case while meeting his other responsibilities.

4.     Counsel for defendant-appellant Rahimi stated on March 11, 2022, that he does not oppose this request.

Accordingly, the government requests that the Court enter an order granting the government an extension of time, up to and including April 25, 2022, in which to file its answering brief.

Respectfully submitted,

s/ Daniel J. Kane

Daniel J. Kane
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 305-2402
Daniel.J.Kane@usdoj.gov

March 14, 2022

# CERTIFICATE OF COMPLIANCE

1.	This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 402 words.

2.	This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) & (a)(6) because it has been prepared in a proportionally spaced, 14-point font in text and footnotes using Microsoft Word 2013.

3.	This brief complies with the privacy redaction requirement of Fed. R. App. P 25(a) because it contains no personal data identifiers.

4.	This motion has been scanned for viruses with the most recent version of McAfee Endpoint Security, version 10.50, which is continuously updated, and, according to that program, is free of viruses.

s/ DANIEL J. KANE

Daniel J. Kane
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 305-2402
Daniel.J.Kane@usdoj.gov