No. 21-11001

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*

v.

**ZACKEY RAHIMI,**

*Defendant-Appellant.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, D. CT. NO. 4:21-CR-83 (HON. MARK T. PITTMAN)

---

## UNOPPOSED MOTION BY APPELLEE UNITED STATES OF AMERICA FOR ADDITIONAL TIME – TO MAY 2, 2022 – IN WHICH TO FILE ITS ANSWERING BRIEF

The United States of America, appellee in the above-captioned case, respectfully moves, with the consent of counsel for the defendant-appellant, for a seven-day extension of time, up to and including May 2, 2022, to file its answering brief. In support of this motion, the government, through its undersigned attorney, represents the following:

1. In April 2021, a federal grand jury in the Northern District of Texas returned an indictment charging defendant-appellant Zackey Rahimi with possessing a firearm while subject to a domestic violence restraining order, in violation of 18 U.S.C.

1

§§ 922(g)(8) and 924(a)(2). Rahimi pleaded guilty. The district court sentenced him to 73 months of imprisonment, to be followed by three years of supervised release.

2. Rahimi now appeals, arguing first that the district court erred by ordering his sentence to run consecutively to sentences that might be imposed in connection with certain pending state criminal charges; and second that 18 U.S.C. § 922(g)(8) is unconstitutional on its face. On February 22, 2022, Rahimi filed his opening brief.

3. On March 14, 2022, this Court granted the government's request for a Level 1 extension of 30 days in which to file its answering brief. The government's brief is currently due on April 25, 2022.

4. This case was originally handled by the United States Attorney's Office for the Northern District of Texas. Responsibility for the case was then transferred to the Appellate Section of the Criminal Division, Department of Justice, and specifically to the undersigned attorney, who had no prior familiarity with the case. The undersigned attorney has begun drafting the government's answering brief but has also had other time-sensitive assignments requiring considerable attention since this Court granted the prior extension. In addition to undersigned counsel's ongoing responsibilities to provide guidance for federal prosecutors nationwide, undersigned counsel has helped prepare the government's merits brief in the United States Supreme Court in *Kemp* v. *United States*, No. 21-5726 (filed Mar. 24, 2022), and drafted the government's responses to petitions for writs of certiorari in *Boyd* v. *United States*, No. 21-7368 (due Apr. 14, 2022); *Ingram* v. *United States*, No. 21-1274 (due Apr. 20, 2022);

*Spencer* v. *United States*, No. 21-7478 (due Apr. 27, 2022); and *Brown* v. *United States*, No. 21-7270 (due May 4, 2022). Counsel is also preparing for oral argument in *United States* v. *Guerrero (Tinimbang)*, No. 21-2551, in the United States Court of Appeals for the Seventh Circuit, scheduled for April 14, 2022. In light of these obligations, the undersigned attorney will need additional time to finalize the brief in this case and have it reviewed by colleagues in the Department of Justice.

This motion is not made for purposes of delay, but so that the undersigned attorney may prepare an adequate brief in this case while meeting his other responsibilities.

5. Counsel for defendant-appellant Rahimi stated on April 12, 2022, that he does not oppose this request.

Accordingly, the government requests that the Court enter an order granting the government a one-week extension of time, up to and including May 2, 2022, in which to file its answering brief.

Respectfully submitted,

s/ DANIEL J. KANE

DANIEL J. KANE
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 305-2402
Daniel.J.Kane@usdoj.gov

April 12, 2022

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 516 words.

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) & (a)(6) because it has been prepared in a proportionally spaced, 14-point font in text and footnotes using Microsoft Word 2013.

3. This brief complies with the privacy redaction requirement of Fed. R. App. P 25(a) because it contains no personal data identifiers.

4. This motion has been scanned for viruses with the most recent version of McAfee Endpoint Security, version 10.50, which is continuously updated, and, according to that program, is free of viruses.

s/ DANIEL J. KANE

Daniel J. Kane
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 305-2402
Daniel.J.Kane@usdoj.gov