# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 13, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-11001   USA v. Rahimi
                   USDC No. 4:21-CR-83-1

The court has granted an extension of time to and including May 2, 2022, for filing appellee's brief in this case.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Roeshawn Johnson, Deputy Clerk
                               504-310-7998

Mr. Brandon Elliott Beck
Mr. Daniel Kane
Ms. Karen S. Mitchell
Ms. Leigha Amy Simonton
Ms. Rachel Maureen Taft