No. 21-11001

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

v.

**ZACKEY RAHIMI,**

Defendant-Appellant.

On Appeal from the United States District Court for the Northern District of Texas, D. Ct. No. 4:21-cr-83 (Hon. Mark T. Pittman)

## MOTION TO WITHDRAW AS COUNSEL

The United States of America, appellee in the above-captioned case, respectfully requests that the undersigned attorney be permitted to withdraw from this appeal. In support of this motion, the government, through its undersigned attorney, represents the following:

1. The undersigned attorney has been counsel of record for the government in this appeal since March 11, 2022. On May 2, 2022, the undersigned attorney filed the government's answering brief. This Court has not scheduled oral argument.

2. As of May 8, 2022, the undersigned attorney will no longer be employed by the Department of Justice.

1

3.    John M. Pellettieri, an attorney in the Appellate Section of the Criminal Division of the Department of Justice, has filed a notice of appearance in this appeal. Mr. Pellettieri is familiar with this case, and he will serve as the government's counsel of record.

4.    Counsel for defendant-appellant Rahimi stated on May 2, 2022, that he does not oppose this request.

Accordingly, the government requests that the undersigned attorney be permitted to withdraw from this appeal.

Respectfully submitted,

s/ DANIEL J. KANE

DANIEL J. KANE
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 305-2402
Daniel.J.Kane@usdoj.gov

May 3, 2022

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 173 words.

2. This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) & (a)(6) because it has been prepared in a proportionally spaced, 14-point font in text and footnotes using Microsoft Word 2013.

3. This motion complies with the privacy redaction requirement of Fed. R. App. P 25(a) because it contains no personal data identifiers.

4. This motion has been scanned for viruses with the most recent version of McAfee Endpoint Security, version 10.50, which is continuously updated, and, according to that program, is free of viruses.

s/ DANIEL J. KANE

Daniel J. Kane
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 305-2402
Daniel.J.Kane@usdoj.gov