# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 05, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-11001   USA v. Rahimi
                  USDC No. 4:21-CR-83-1

The court has taken the following action in this case:

Motion to withdraw as counsel is hereby GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Brandon Elliott Beck
Mr. Daniel Kane
Mr. John Michael Pellettieri
Ms. Leigha Amy Simonton
Ms. Rachel Maureen Taft

P.S. We have removed Mr. Daniel Kane from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.