# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

June 20, 2022

Mr. Brandon Elliott Beck
Federal Public Defender's Office
Northern District of Texas
1205 Texas Avenue
Suite 507
Lubbock, TX 79401

    No. 21-11001   USA v. Rahimi
                             USDC No. 4:21-CR-83-1

Dear Mr. Beck,

The following pertains to your rehearing electronically filed on June 17, 2022.

We have filed your Petition for Rehearing. However, it has the following deficiency. Unless the deficiency is corrected within 10 days from this date, we will forward the document to the court to be stricken.

Rehearing does not include a copy of the court's opinion, see **5TH CIR. R.** 40.1 and **5TH CIR. R.** 35.2.10.

Once you have prepared your sufficient rehearing, you must email it to: **Melissa_Mattingly@ca5.uscourts.gov** for review. If the rehearing is in compliance, you will receive a notice of docket activity advising you that the sufficient rehearing has been filed.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Melissa V. Mattingly, Deputy Clerk
                          504-310-7719

cc:
   Mr. John Michael Pellettieri

Ms. Leigha Amy Simonton
Ms. Rachel Maureen Taft