# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 05, 2022

Mr. John Michael Pellettieri
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 1260
Washington, DC 20530

Ms. Leigha Amy Simonton
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242-1699

    No. 21-11001    USA v. Rahimi
                    USDC No. 4:21-CR-83-1

Dear Counsel:

This letter will serve to confirm my voice mail message to you
this date advising the parties that the court has requested a
response to the Appellant's Petition for Rehearing En Banc to be
filed in this office on or before July 15, 2022.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Lisa E. Ferrara*

                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

cc:
    Mr. Brandon Elliott Beck
    Ms. Rachel Maureen Taft