# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2022

Mr. Brandon Elliott Beck
Federal Public Defender's Office
Northern District of Texas
1205 Texas Avenue
Suite 507
Lubbock, TX 79401

Mr. William A. Glaser
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. John Michael Pellettieri
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 1260
Washington, DC 20530

Ms. Leigha Amy Simonton
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242-1699

Ms. Rachel Maureen Taft
Federal Public Defender's Office
Northern District of Texas
525 S. Griffin Street
Suite 629
Dallas, TX 75202

      No. 21-11001    USA v. Rahimi
                      USDC No. 4:21-CR-83-1

Dear Counsel:

On petition for rehearing en banc, the opinion in the above captioned case is hereby withdrawn and the case will be rescheduled for argument before another panel at the earliest available date.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683