# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-11001   USA v. Rahimi
                   USDC No. 4:21-CR-83-1

Enclosed is an order entered in this case.

Additional information regarding oral argument and supplemental briefing will be sent under separate cover.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Nancy F. Dolly, Deputy Clerk
                              504-310-7683

Mr. Brandon Elliott Beck
Mr. William A. Glaser
Ms. Karen S. Mitchell
Mr. John Michael Pellettieri
Ms. Leigha Amy Simonton
Ms. Rachel Maureen Taft

P.S. TO ALL COUNSEL: A response to the petition for rehearing en banc is no longer required in light of this court order.