# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 08, 2022

Mr. Brandon Elliott Beck
Federal Public Defender's Office
Northern District of Texas
1205 Texas Avenue
Suite 507
Lubbock, TX 79401

Mr. William A. Glaser
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

  No. 21-11001  USA v. Rahimi
         USDC No. 4:21-CR-83-1

Dear Mr. Beck, Mr. Glaser,

In light of the court's order of July 7, 2022, this case has been expedited and will be set for oral argument on the next available calendar. Please adhere to the following expedited briefing schedule:

- Appellant's Supplemental brief is due on 7/25/22
- Appellee's Supplemental brief is due on 8/9/22
- Appellant's Supplemental reply brief is due on 8/17/22

The parties shall file additional briefing addressing the effect of *New York State Rifle & Pistol Association v. Bruen* on this case on this schedule set by the Clerk's office.

Please adhere to the briefing schedule without requesting extensions in order to ensure the availability of the briefs to the court prior to oral argument.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. John Michael Pellettieri
     Ms. Leigha Amy Simonton
     Ms. Rachel Maureen Taft

**P.S. Counsel: Please submit paper copies of briefs and record excerpts previously filed by 7/14/22.**