# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 26, 2022

Mr. Brandon Elliott Beck
Federal Public Defender's Office
Northern District of Texas
1205 Texas Avenue
Suite 507
Lubbock, TX 79401

No. 21-11001   USA v. Rahimi
               USDC No. 4:21-CR-83-1

Dear Mr. Beck,

You must submit 7 paper copies of your appellant's supplemental brief required by 5th Cir. R. 31.1 within 1 day of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

Due to the appeal being expedited, please overnight the paper copies of your brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. William A. Glaser
     Mr. John Michael Pellettieri
     Ms. Leigha Amy Simonton
     Ms. Rachel Maureen Taft
     Mr. James Matthew Wright