# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 09, 2022

Mr. William A. Glaser
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 21-11001   USA v. Rahimi
                       USDC No. 4:21-CR-83-1

Dear Mr. Glaser,

You must submit 7 paper copies of your appellee's supplemental brief required by 5thCir. R. 31.1 within 1 day of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

Due to the appeal being expedited, please overnight the paper copies of your brief.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  *Roeshawn Johnson*
By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. Brandon Elliott Beck
     Mr. John Michael Pellettieri
     Ms. Leigha Amy Simonton
     Ms. Rachel Maureen Taft
     Mr. James Matthew Wright