In the United States Court of Appeals
for the Fifth Circuit

Case Number 21-11001

_____

**UNITED STATES OF AMERICA,**
Plaintiff-Appellee,

v.

**ZACKEY RAHIMI,**
Defendant-Appellant.

_____

**Appellant's Unopposed Motion to File
Corrected Supplemental Reply Brief**

_____

On behalf of Appellant Zackey Rahimi, I respectfully move for leave to file a corrected version of the Supplemental Reply Brief, which is attached as an exhibit to this filing.

1.     I filed the Supplemental Reply Brief late last night, just before the deadline.

2.     I did not seek an extension on the deadline because the case was expedited by the Court's July 7 order and because it is already set for argument on August 30.

3.     Even so, I did not have as much time as I would have preferred to work on a reply brief involving such weighty issues. This case and one other were recently reassigned to me after departure of a colleague. When the Government filed its

Supplemental Brief on August 9, I was already fully engaged on other matters in addition to this one. Those other assignments included the Initial Brief in *United States v. Gonzalez-Enriquez*, 22-10199, filed August 15; a brief addressing an unfamiliar venue question in *United States v. Morris*, Case No. 3:22-CR-1041 (W.D. Tex. filed Aug. 12, 2022); a petition for certiorari in *Rodriguez-Villanueva v. United States* filed yesterday; and a petition for certiorari in *Vargas-Soto v. United States*, which is due August 24.

4.     After filing, I discovered a handful of proofreading errors. This morning, I sent Government Counsel William Glaser a redline document noting all of the proposed changes. The Government does not oppose this request.

## Conclusion

For all these reasons, I ask on behalf of Appellant that the Court grant this motion and file the enclosed corrected copy of the Supplemental Reply Brief in this case.

Respectfully submitted,

/s/ J. Matthew Wright

Assistant Federal Public Defender
500 South Taylor Street
Suite 110
Amarillo, Texas 79101
(806) 324-2370

Counsel for Appellant

## Certificate of Service

On August 18, 2022, I filed this motion through the Court's ECF system. Opposing Counsel has therefore been served.

/s/ J. Matthew Wright

## Certificate of Conference

William Glaser informed me by email that the Government would not oppose this motion.

/s/ J. Matthew Wright

## Certificate of Compliance

1.     This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 440 words.

2.     This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ J. Matthew Wright