# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-11001

---

United States of America,

*Plaintiff—Appellee,*

versus

Zackey Rahimi,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-83-1

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion to file a corrected brief is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT