# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 21-11001   USA v. Rahimi
                USDC No. 4:21-CR-83-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Whitney M. Jett, Deputy Clerk
                        504-310-7772

cc:
      Mr. Brandon Elliott Beck
      Mr. William A. Glaser
      Mr. Brian W. McKay
      Mr. John Michael Pellettieri
      Mr. James Matthew Wright