# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 03, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 21-11001   USA v. Rahimi
                            USDC No. 4:21-CR-83-1

Dear Ms. Mitchell,

The Court's mandate issued forthwith on February 2, 2023, is hereby recalled.

The District Court Clerk is advised to remove our mandate from the docket.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Whitney M. Jett, Deputy Clerk
                            504-310-7772

cc:
    Mr. Brandon Elliott Beck
    Mr. William A. Glaser
    Mr. Brian W. McKay
    Mr. John Michael Pellettieri
    Mr. James Matthew Wright