# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 24, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 21-11001   USA v. Rahimi
                             USDC No. 4:21-CR-83-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Roeshawn Johnson, Deputy Clerk
                             504-310-7998

cc:  Mr. Brandon Elliott Beck
     Mr. William A. Glaser
     Mr. Brian W. McKay
     Mr. John Michael Pellettieri
     Ms. Rachel Maureen Taft
     Mr. James Matthew Wright