**Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 30, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: United States
        v. Zackey Rahimi
        No. 22-915
        (Your No. 21-11001)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

Scott S. Harris, Clerk

