# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 11, 2023

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

    No. 21-11001    USA v. Rahimi
                       USDC No. 4:21-CR-83-1
                       Supreme Court No. 22-915

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Northern District of Texas is directed to transmit their record to the United States Supreme Court.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Roeshawn Johnson, Deputy Clerk
                                    504-310-7998

cc:  Mr. William A. Glaser
     Mr. Brian W. McKay
     Ms. Karen S. Mitchell
     Mr. John Michael Pellettieri
     Ms. Rachel Maureen Taft
     Mr. James Matthew Wright