# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 21, 2024

Clerk
United States Court of Appeals
 for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: United States
v. Zackey Rahimi
No. 22-915
(Your No. 21-11001)



U.S. COURT OF APPEALS RECEIVED JUN 25 2024 FIFTH CIRCUIT

Dear Clerk:

The enclosed opinion of this Court was announced today in the above stated case.

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris, Clerk

by Denise McNerney
Denise McNerney
Merits Case Clerk
(202) 479-3032