# Supreme Court of the United States

No. 22–915

**UNITED STATES,**

Petitioner

v.

**ZACKEY RAHIMI**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, United States, recover from Zackey Rahimi., Three Hundred Seventy-seven Dollars and Eighteen Cents ($377.18) for costs herein expended.

June 21, 2024

Printing of joint appendix:   $377.18
Total:                        $377.18

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States