# United States Court of Appeals for the Fifth Circuit

No. 21-11001

United States Court of Appeals
Fifth Circuit
**FILED**
September 30, 2024
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

versus

Zackey Rahimi,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-83-1
_____

ON PETITION FOR REHEARING

Before Jones, Ho, and Wilson, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that the petition for rehearing is DENIED.