# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-11001   USA v. Rahimi
                    USDC No. 4:21-CR-83-1

Enclosed is an order entered in this case.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Casey A. Sullivan, Deputy Clerk
                                       504-310-7642

Mr. Stephen S. Gilstrap
Mr. William A. Glaser
Ms. Karen S. Mitchell
Mr. John M. Pellettieri
Ms. Rachel Maureen Taft
Mr. James Matthew Wright